# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER M. JONES

VERSUS

LISA C. JONES, VIOLA
CHATELAIN, CURTIS CHATELAIN,
DONNA SAACKS, AND CHRISTINA
DELEON

NO.  2025 CW 1025

**DECEMBER 30, 2025**

---

In Re:    Viola  Chatelain  and  Donna  Saacks,  applying  for
supervisory writs, 22nd Judicial District Court, Parish
of St. Tammany, No. 201216288.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT  NOT  CONSIDERED.**  A  supervisory  writ  application
challenging a trial court's interlocutory judgment must be filed
within 30 days of the notice of judgment. See Uniform Rules of
Louisiana Courts of Appeal, Rules 4-2 and 4-3.  Judgment was signed
on July 15, 2025, and this writ application was filed with this
court on October 14, 2025.  Accordingly, the writ appears to be
untimely.  In the event a new writ application is filed, this court
requires copies of any notices of the July 15, 2025 judgment and
all notices of intent and return date orders filed with the trial
court.

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein and all documentation to show this
writ application was timely, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must
be filed on or before January 26, 2026, and must contain a copy of
this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT